211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

---

Case No.: 09−49701−tjt
Chapter: 13

In Re: (NAME OF DEBTOR(S))
Linda Izetta Smith−Thomas
aka Linda I. White, aka Linda Smith, aka
Linda Thomas
1187 Lawrence
Detroit, MI 48202−1028

Social Security No.:
xxx−xx−1772

Employer's Tax I.D. No.:

---

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **15** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income Form 22C
- ☐ Attorney Disclosure of Compensation Statement
- ☐ Certificate of Budget and Credit Counseling
- ☐ Declaration of Penalty of Perjury
- ☑ Statistical Summary of Certain Liabilities
- ☑ Statement of Financial Affairs
- ☑ Chapter 13 Plan
- ☐ Tax ID
- ☐ Application to Pay the Filing Fee in Installments
- ☑ Summary of Schedules
- ☑ Schedules A−J
- ☐ Schedule A
- ☐ Schedule B

Schedule C:

- ☐ Debtor
- ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **4/14/09** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 3/31/09

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court